UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE L. FLORES,

Plaintiff,

-against-

AMERICA FAMILY INSURANCE, et al.,

Defendants.

23-CV-3683 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 2, 2023, the Court transferred this action to the United States District Court for the Western District of Wisconsin. On May 2, 2025, Plaintiff filed a motion to seal this action. (ECF 6.) Because the Court does not have jurisdiction to rule on this motion, the Court denies the motion without prejudice.

## DISCUSSION

The transfer of a case divests the transferor court of jurisdiction over the action. *Drabik v. Murphy*, 246 F.2d 408, 409 (2d Cir. 1957) (holding that district court did not have jurisdiction to rule on motion following physical transfer of case). The transferor court retains jurisdiction over the action only if the party seeking review acts to stay the transfer "prior to receipt of the action's papers by the clerk of the transferee court." *Warrick v. Gen. Electric Co.*, 40 F.3d 736, 739 (2d Cir. 1995). Here, Plaintiff filed this motion after the transferee court received the motion. Thus, this Court does not have jurisdiction to consider the motion. Should Plaintiff seek to seal the action here, she must move in the Western District of Wisconsin and request that the Western District of Wisconsin transfer the action back to this District, for this Court to consider the motion.

## CONCLUSION

The Court denies without prejudice Plaintiff's motion to seal (ECF 5) because the Court lacks jurisdiction.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    January 14, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

2